UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:13-cr-00145-ADA-BAM-1 |
| Plaintiff, | |
| v. | ORDER |
| RONALD EDWARD TOWNSEND, | |
| Defendant. | (ECF Nos. 35, 37) |

On February 8, 2024, defendant Ronald Edward Townsend filed a notice of withdrawal of his motion to reduce sentence. (ECF No. 37.)  Pursuant to defendant's notice, the pending motion to reduce sentence filed on December 28, 2023 (ECF No. 35) is hereby withdrawn.

IT IS SO ORDERED.

DATED:  February 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1